Exhibit F



**GoDaddy** *STOLE* **ForeclosureStoppers.com**

**Pi 3.15**



**Mike Rodenbaugh is a Trust Fund** *FRAUDSTER*...

**Chinese Whispers, Chinese Whispers, Chinese Whispers...**

# DeepMind is into *DEEP SHIT*...



Mike Rodenbaugh ____ is a Trust Fund *FRAUDSTER*...



David Weslow ____ is a *REVERSE-HIJACKING* Virginia Court *CHEATER*...





















GoDaddy *STOLE* ForeclosureStoppers.com

DeepMind is into *DEEP SHIT*...

Exhibit G



Exhibit H





  

mikerodenbaugh.com

☆ All    🖼 Images    📰 News    🛒 Shopping    📍 Maps    ⋮ More          Settings    Tools

About 3,130 results (0.39 seconds)

Did you mean: *mike rodenbaugh*

mikerodenbaugh.com ▾
**Truth is not for sale**
GoDaddy STOLE ForeclosureStoppers.com. Mike Rodenbaugh is a Trust Fund FRAUDSTER...

www.linkedin.com › mxrodenbaugh ▾
**Mike Rodenbaugh - Owner - Rodenbaugh Law | LinkedIn**
**Mike Rodenbaugh**. Rodenbaugh Law. Rodenbaugh LawUniversity of San Francisco School of
Law. San Francisco Bay Area500+ connections. Join to Connect.
San Francisco Bay Area - Owner - Rodenbaugh Law

icannwiki.org › Mike_Rodenbaugh ▾
**Mike Rodenbaugh - ICANNWiki**
**Mike Rodenbaugh** is a lawyer representing clients in all matters relating to domain names,
trademarks, copyrights, and other forms of intellectual property, and in ...

twitter.com › rodenbaugh ▾
**Mike Rodenbaugh (@rodenbaugh) | Twitter**
The latest Tweets from Mike Rodenbaugh (@rodenbaugh). business/IP/trademark/domain name
attorney; music lover. San Francisco Bay Area.

www.facebook.com › public › Mike-Rodenbaugh ▾
**Mike Rodenbaugh Profiles | Facebook**
View the profiles of people named Mike Rodenbaugh. Join Facebook to connect with Mike
Rodenbaugh and others you may know. Facebook gives people the ...

domainnamewire.com › 2019/12/06 › this-is-how-thiev... ▾
**This is how thieves trick customers into wiring money to them ...**
Dec 6, 2019 - Comments. **Mike Rodenbaugh** says. December 2019 at 11:44 am ... How
ironic coming from you... http://www.**MikeRodenbaugh**.com

financialservicesinc.ubs.com › mikerodenbaugh ▾
**Fort Worth, TX Financial Advisor | Michael A. Rodenbaugh ...**
Michael A. Rodenbaugh is a UBS Financial Advisor located in Fort Worth, TX. Michael A.
Rodenbaugh strives to provide advice tailored to your individual ...

pview.findlaw.com › ... › Rodenbaugh Law ▾
**Mike Rodenbaugh - a San Francisco, California (CA ...**
Jun 25, 2019 - Mike Rodenbaugh,a San Francisco, California (CA) Lawyer, Attorney -
Trademark, Domain Names, Marketing & Advertising.

www.crunchbase.com › person › mike-rodenbaugh ▾
**Mike Rodenbaugh | Crunchbase**
Mike started his law firm in 2007, after seven years that Mike co-managed the trademark and
domain name inventory and strategy in-house for ...

www.upcounsel.com › attorney › profile ▾
**Mike Rodenbaugh Attorney Profile on UpCounsel**
Mike Rodenbaugh started this firm in 2007, after more than seven years co-managing trademark
and domain name inventory and strategy for Yahoo! Inc. Mike...
★★★★★ Rating: 5 - 2 reviews



1   2   3   4   5   6   7   8        Next

Google

mikerodenbaugh.com

🔍 All    📰 News    🖼 Images    🗺 Maps    🛍 Shopping    ⋮ More          Settings    Tools

About 53,500 results (0.39 seconds)

Showing results for **mike rodenbaugh**
Search instead for mikerodenbaugh.com

icannwiki.org › Mike_Rodenbaugh  ▾
**Mike Rodenbaugh - ICANNWiki**
**Mike Rodenbaugh** is a lawyer representing clients in all matters relating to domain names,
trademarks, copyrights, and other forms of intellectual property, and in e-commerce, licensing
and marketing transactions and dispute resolution efforts. Mike started his law firm in 2007.

www.linkedin.com › mxrodenbaugh  ▾
**Mike Rodenbaugh - Owner - Rodenbaugh Law | LinkedIn**
View **Mike Rodenbaugh's** profile on LinkedIn, the world's largest professional community. Mike
has 4 jobs listed on their profile. See the complete profile on ...
San Francisco Bay Area · Owner · Rodenbaugh Law

rodenbaugh.law  ▾
**Rodenbaugh Law: Home**
Mar 29, 2019 - **Rodenbaugh** Law represents clients in all matters relating to domain names,
trademarks, copyrights, and other forms of intellectual property, ...

twitter.com › rodenbaugh  ▾
**Mike Rodenbaugh (@rodenbaugh) | Twitter**
The latest Tweets from **Mike Rodenbaugh** (@rodenbaugh). business/IP/trademark/domain
name attorney; music lover. San Francisco Bay Area.

financialservicesinc.ubs.com › mikerodenbaugh  ▾
**Fort Worth, TX Financial Advisor | Michael A. Rodenbaugh ...**
First Vice President - Wealth Management Senior Portfolio Manager. Visit Oaktree Wealth
Management. phone. 817-347-3580. email. mike.rodenbaugh@ubs.

www.facebook.com › public › Mike-Rodenbaugh
**Mike Rodenbaugh Profiles | Facebook**
View the profiles of people named **Mike Rodenbaugh**. Join Facebook to connect with Mike
**Rodenbaugh** and others you may know. Facebook gives the people the ...

pview.findlaw.com › ... › Rodenbaugh Law  ▾
**Mike Rodenbaugh - a San Francisco, California (CA ...**
Jun 25, 2019 - **Mike Rodenbaugh**,a San Francisco, California (CA) Lawyer, Attorney - Trademark,
Domain Names, Marketing & Advertising.

www.upcounsel.com › attorney › profile  ▾
**Mike Rodenbaugh Attorney Profile on UpCounsel**
**Mike Rodenbaugh** started this firm in 2007, after more than seven years co-managing trademark
and domain name inventory and strategy for Yahoo! Inc. Mike...
★★★★★ Rating: 5 · 2 reviews

www.avvo.com › ... › San Francisco › Licensing
**Lawyer Michael Rodenbaugh - San Francisco, CA Attorney ...**
Michael Lawrence Rodenbaugh. also known as **Mike Rodenbaugh**. Save. 4 reviews. Avvo
Rating7.8. San Francisco, CA; Licensed for 24 years. Message.
★★★★★ Rating: 5 · 4 votes · Price range: Varies based on case specifics

**Images for mike rodenbaugh**

[ rodenbaugh law ]  [ trademark ]  [ domain ]  [ francisco ca ]  [ san francisco ]  [ fort worth ]  [ lawyer ]  ▸



→  **More images for mike rodenbaugh**                                                Report images

Goooooooogle  ▸
1  2  3  4  5  6  7  8    Next



Google

mikerodenbaugh.com                                    ✕  🎤  🔍

🔍 All   ▶ Videos   📰 News   🖼 Images   📍 Maps   ⋮ More          Settings   Tools

Page 2 of about 3,130 results (0.35 seconds)

Did you mean: *mike rodenbaugh*

mikerodenbaugh.com.ipaddress.com ▾
▷ **Mikerodenbaugh.com : For Sale**
🔲 Mikerodenbaugh - Show detailed analytics and statistics about the domain including traffic
rank, visitor statistics, website information, DNS resource records, ...

ttabvue.uspto.gov › ttabvue
**87650554 - USPTO TTABVUE. Trademark Trial and Appeal ...**
Correspondence: **Mike Rodenbaugh** Rodenbaugh Law 548 Market St, Box 55819. San Francisco,
CA 94104. UNITED STATES **mike@rodenbaugh**.com ...

ttabvue.uspto.gov › ttabvue
**Teachbook.com - USPTO TTABVUE. Trademark Trial and ...**
Correspondence: **MIKE RODENBAUGH** RODENBAUGH LAW 548 MARKET STREET, BOX 55819.
SAN FRANCISCO, CA 94104-5401. UNITED STATES

books.google.com › books
**Protection of Geographic Names in International Law and ...**
2007, 54–55 (quoting **Mike Rodenbaugh**) http://gnso.icann.org/drafts/rn-wg-fr19mar07.pdf. 18.
Denton, RE: [gnso-rn-wg] Comments on ICANN/IANA Reserved ...
Heather Ann Forrest · 2017 · Law

www.youtube.com › user › mikerodenbaugh
**Mike Rodenbaugh - Mike Rodenbaugh - YouTube**
Home brew transistor pedal Beheringer Ultra g direct box cab simulator, **Mike Rodenbaugh** ·
Duration: 3 minutes, 26 seconds. **Mike Rodenbaugh**. 290 views; 6 ...

who.is › nameserver
**216.239.128.3 - WHOIS Search, Domain Name, Website, and ...**
marketprodirect.com, Omnis Network, LLC, 2003-01-22, 2020-01-22, DNS · **mikerodenbaugh.com**
· DNS · musicplug.net, Omnis Network, LLC, 2002-10-08 ...

www.gpo.gov › pdf › USCOURTS-cand-3_10-cv-03564-1
**RODENBAUGH LAW**
Whereas Plaintiff Adobe Systems Incorporated (IAdobe") has filed a Motion to Dismiss various
Counterclaims of the Defendant Ms. Renee Norwood (INorwood") ...

www.feeonlynetwork.com › financial-advisor › mike-r... ▾
**Mike Rodenbaugh - Fee-Only Financial Planner in Delafield, WI**
Mike Rodenbaugh is a fee-only financial advisor (earns no commission) in Delafield, WI at
Boardwalk Financial Strategies LLC. Learn why Fee-Only is the ...

www.boardwalk-fs.com ▾
**Boardwalk Financial Strategies: Wealth Management in ...**
Nov 12, 2018 - ... and to be comfortable and confident that the decisions we are making are
leading them to reach their goals." Founder, **Mike Rodenbaugh** ...

www.circleid.com › members
**Mike Rodenbaugh on CircleID**
Feb 5, 2009 - ... applicants seeking to resolve their contention sets via private auction, rather than
ICANN's "last resort" auction. more. By **Mike Rodenbaugh** ...



‹ Goooooogle ›
Previous   1  2  3  4  5  6  7   Next



Exhibit I

https://domainnamewire.com/2019/12/06/this-is-how-thieves-trick-customers-into-wiring-money-to-them/

HOME     CATEGORIES     ABOUT     ADVERTISE     DISCLOSURES

Search

  



FEATURED DOMAINS

    

## Top Stories

**Lotto Sport Italia asked to pay $245,000 for reverse domain name hijacking**
POSTED UNDER Policy & Law

**Frank Schilling and XYZ to sell .car, cars and .auto registries**
POSTED UNDER Domain Sales

**Big news: GoDaddy starts redacting Whois information**
POSTED UNDER Domain Registrars



Domain Name Financing


A proud sponsor of DNW.com


neustar
We secure, protect and grow TLDs for countries, brands and registries.
LEARN MORE



# This is how thieves trick customers into wiring money to them

BY ANDREW ALLEMANN — DECEMBER 6, 2019    UNCATEGORIZED    6 COMMENTS

This lawsuit explains a prevalent scam.



More and more companies and their clients are falling victim to scams in which the customer wires money to the wrong account. A typo domain name is often involved.

For a simple explanation of how this works, take a look at this lawsuit (pdf) filed by law firm Revision Legal. In the suit, it explains:

> 12. On or prior to May 14, 2019, Defendant obtained improper and unauthorized access to Client's email system.
>
> 13. Defendant then located emails between Plaintiff and Client pertaining to Client's outstanding balance with Plaintiff for legal services.
>
> 14. Defendant then Defendant (sic) registered the "Infringing Domain" (revisionlegal.com) which is a typosquatting registration as it transposes the "o" and "i" in "revision" and is intended to appear as Plaintiff's URL, revisionlegal.com.
>
> 15. Defendant then inserted himself in the email thread while removing Plaintiff's attorneys from the email thread.
>
> 16. Defendant then emailed Client falsely informing Client that Plaintiff was changing how it was accepting payments and attached an altered invoice instructing Client to send payment via wire transfer to Premier Bank, located at [removed] ("Fraudulent Account").



DAN.COM     Search Now
Your brand defines your success online
Buy, Rent or Lease your next domain at DAN

domain recover
We just catch names!
We don't auction them.
domainrecover.net  Since 1997

THE SHIELD BETWEEN FRAUD & YOUR FUNDS
ESCROW.COM

May 21 - 28
KEYWORD DOMAIN AUCTION
sedo.com

Get the DNW Newsletter – sign up here.

## Archives

Select Month

Partners & Sponsors

DOMAIN Wheel

Hosting Facts

Domaining Recommends this site

Get it on iTunes

*17. Client, believing this information was accurate, wired in excess of $25,000 to the Defendant's Fraudulent Account*

Ouch.

A private equity group I invest with informed clients of a similar scheme perpetrated against it this year. Fortunately, a client noticed discrepancies in the email before becoming a victim.

It seems that email is the first line of defense. The perpetrators need to get into email to find out who the company's clients are.

   

**Learn More…**

1. **Top Domain Name News Stories – March 2008**
2. **#5 in 2017: The Chinese trademark scam**
3. **Scams versus mistakes and why it's important**

 **6 Comments**

Tags: scams, wire scam



## Comments

Mike Rodenbaugh says
December 6, 2019 at 11:44 am

This has happened to a client of mine too, precisely the same scenario. $25000 gone.

☆ Like
Reply

LaughingBoy says
June 3, 2020 at 2:48 pm

How ironic coming from you…

http://www.MikeRodenbaugh.com

☆ Like
Reply

 **Jay** says

December 6, 2019 at 1:26 pm

This is actually REALLY good news for domainers. If news like this keeps going mainstream, everyone will be paying CLOSE attention to the domains they deal with / frequent. I think it's even better for nTLD, SHORT, SIMPLE nTLD negates this problem a bit, IMO. Any news is good news... unless it's about domainers SQUATTING or SPAMMING (don't do it). Stop sending SPAM emails, no more "outbound", there's going to CRACKDOWN as domaining takes off – many will be using 'bots' to spam, and it will get too messy...don't want to get caught up in it now.

★ Like

Reply

 **jay** says

December 6, 2019 at 1:27 pm

SMH..you just don't get it.

★ Like

Reply

 H says

December 6, 2019 at 1:56 pm

I'll just leave this ancient copypasta here:

> *Aoccdrnig to a rscheearch at Cmabrigde Uinervtisy,
> it deosn't mttaer in waht oredr the ltteers in a wrod
> are, the olny iprmoatnt tihng is taht the frist and
> lsat ltteers be at the rghit pclae. The rset can be a
> toatl mses and you can sitll raed it wouthit porbelm.
> Tihs is bcuseae the huamn mnid deos not raed
> ervey lteter by istlef, but the wrod as a wlohe."*

★ Like Loading...

Reply

 oha Moses says

December 8, 2019 at 12:30 am

Let them expose trick they to defraud innocent people.

★ Like Loading...

Reply

## Leave a Comment

Enter your comment here...

This site uses Akismet to reduce spam. Learn how your comment data is processed.

Privacy Policy & Terms of Service    Disclosures    Advertising

© 2005–2020 Domain Name Wire • DNW and Domain Name Wire are trademarks of Brainstorm Labs, LLC



Exhibit J



https://domaingang.com/domain-news/udrpsearch-com-is-now-a-tom-cruise-shrine/#:~:text=UDRPsearch.com%20is%20a%20very,shrine%20for%20actor%20Tom%20Cruise.

**UDRPsearch.com is now a Tom Cruise shrine!**

Posted by DomainGang on June 7, 2020, at 5:43 pm

UDRPsearch.com is a very useful search engine indexing the results of UDRP decisions.

In recent days, its owners have transformed this indispensable domain tool into a shrine for actor Tom Cruise.

Various videos from the movies *Mission Impossible* and *Vanilla Sky* are linked to onto UDRPsearch, along with unsavory references to IP attorney David Weslow.

The domain itself forwards to DavidWeslowCheater.com with a titled "Truth is not for sale."

It surely looks like a very strange way to settle any personal differences – UDRPsearch is now out of commission and it's not the first time.

Until it comes back, there is DNDisputes.com for all of your UDRP research needs.





**Domain registered in 2006**
GENERIC DOMAIN NAME @ SEDO

A year ago today!

- Facebook launched #Libra and #Calibra - Which #domains are being used?
- #Sedo sales report : #Domain names sold between 6/10/2019 – 6/16/2019 topped by FGRE.com at $35000



**UNR**
Uni Naming & Registry
⚡ Learn more



**RANDAZZA LEGAL GROUP**
Domain Name:
Advice • Litigation • Arbitration
www.randazza.com

DomainGang provides daily entertainment and parody content for the domain industry! Articles that contain the "100% True" notice are entirely true – but still fun to read. Follow us, and learn more about the wonderful world of domaining! 😊

Archives
Archives [Select Month]

CATEGORIES

- Famous Domainers (101)
- Domain News (8,257)
- Stories & Manuals (150)
- Short News (446)
- Editorial (214)
- Name Jargon (30)
- Featured (101)
- The Drunk Domainer (22)
- Domain Crime (262)
- Domain Law (827)
- Domain Memes (19)
- Domainer Comics (12)
- Domain Socialite (10)

Recent Comments

- DomainGang on The Booth Report : Distance.com ends up close to James
- Daniel on The Booth Report :



UDRPsearch.com right now



Are you sitting on a digital treasure trove?





Auto **DNS**
YOUR DOMAIN PLATFORM
FIND OUT MORE ➔

This post is 100% True!

Facebook    Twitter    Reddit    Pinterest    LinkedIn    mail

● Related DomainGang Posts:

- #UDRPSearch : Domain UDRP database back from the dead!
- #UDRP metasearch database falls into the virtual point
- #Alibabe .com : This Alibaba inspired #domain is currently on #DropCatch
- #StevieWonder .com : #UDRP took the #domain from the artist's fans in 2005
- #Harrier .com : A 1992 #domain set to break #UDRP records in #Tata Motors filing
- UDRP in the making : Lionel Messi domain in GoDaddy auction

FILED UNDER DOMAIN NEWS · TAGGED WITH DAVID WESLOW, DOMAINERS, DOMAINS, UDRPSEARCH, UDRPSEARCH.COM

Copyright © 2020 DomainGang.com · All Rights Reserved.

**NamesCon - January 29th - February 1st, 2020 in Austin, TX**

● Comments

3 Responses to "UDRPsearch.com is now a Tom Cruise shrine!"

RaTHeaD says:
June 7, 2020 at 8:16 pm


TOM CRUISE... come out of the closet!

LaughingBoy says:
June 7, 2020 at 8:40 pm


Hey RaTHeaD,

Stop with your National Inquirer bullshit.

Where's your video of you hanging off the side of a building, huh?

Random Visitor says:




June 7, 2020 at 11:25 pm

WTF? This guy was already a grown up in 1983? Is he like forever young or what?

* **Leave a Reply**

Your email address will not be published. Required fields are marked *

Comment

1200   characters available

Name *

Email *

Website

Post Comment

Distance.com ends up close to James

⚙ Brooke Hernandez on Saw.com brokering premium #Greek goddess #domain Aphrodite.com

⚙ Data Glasses on Chicken.com : Favorite food to many, on the plate of #DigiMedia

⚙ John Colascione on #Uniregistry has ended its domain affiliate program

⚙ David J Castello on Believe.com has been sold for $200,000 dollars!

⚙ Yakov on Believe.com has been sold for $200,000 dollars!

⚙ DomainGang on WPDeveloper.com : #WordPress developer keeps #domain and cancels usurper's trademark

Copyright © 2009 - 2020 DomainGang.com · All Rights Reserved.
DomainGang.com is a publication of DomainGang LLC. Duplication of this content without authorization is strictly prohibited.

Disclaimer: All posts, information and content on the web site DomainGang.com are fictional, humorous and depict a satire - unless a "100% True" image or statement is present. DomainGang.com provides entertainment via the public release of content related to the domaining industry and social media. We are not to be held responsible for any damage caused by your failure to comprehend the context of satiric content. By accessing DomainGang and perusing the DomainGang.com information and content you fully agree that you are aware of and consent to this Disclaimer.