

June 25, 2020

Hon. Edward M. Chen
U.S. District Court Judge
450 Golden Gate Ave. - 17th Floor
San Francisco, CA  94102


Re:     *Rodenbaugh v. Lahoti, et al.,* No. 3:20-cv-04069-EMC - Plaintiff's Motion for T.R.O.

Dear Judge Chen,

In advance of tomorrow's hearing, we unfortunately must alert the Court to a troubling communication from Defendant Dave Lahoti this afternoon.  In the attached email, Lahoti repeats his defamatory statement that I am a "fraudster", and copies Andrew Allemann who owns and operates the industry leading Domain Name Wire blog referenced in my Complaint and Motion for T.R.O.  Lahoti continues to try to publicize his maliciously false allegation in the domain name industry, even on the eve of a hearing seeking to restrain precisely such conduct.  I believe this is further, important and new evidence in support of my Motion.

I also respectfully request that Dave Lahoti be restrained and enjoined from communicating directly with me, since he has retained counsel there is no need for me to be subject to further, direct harassment from him.

Thank you for your consideration of my pending Motion, and for scheduling a hearing so quickly, it is greatly appreciated.

Kind regards,

By: _____
     Mike Rodenbaugh
     RODENBAUGH LAW

Cc:  Michael Cilento, counsel for Dave Lahoti and Virtual Point Inc.
     Ravi Lahoti, via email

w/ Attachment

6/25/2020 Rodenbaugh Law Mail - Re: Service of process: Rodenbaugh v. Lahoti, et al.

Case 3:20-cv-04069-EMC   Document 15   Filed 06/25/20   Page 2 of 2



**Mike Rodenbaugh <mike@rodenbaugh.com>**

## Re: Service of process: Rodenbaugh v. Lahoti, et al.
1 message

**Dave Lahoti**                                           Thu, Jun 25, 2020 at 1:45 PM
To: Mike Rodenbaugh <mike@rodenbaugh.com>
Cc: dweslow@wiley.law, Andrew Allemann <andrew@domainnamewire.com>, Brett Lewis <brett@ilawco.com>, Marie Richmond <docket@rodenbaugh.com>

   Listen here, you Delusional Fraudster...does it look like I'm your Secretary, huh?

   Get it from your Hijacking Buddy, Weslow, ok?

   Dumbass...

   On 6/22/20 10:15 PM, Mike Rodenbaugh wrote:
      Dave, please also advise as to Ravi's email address.