# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** June 26, 2020     **Time:** 1:29-2:23=     **Judge:** EDWARD M. CHEN
                                   54 Minutes

**Case No.**: 20-cv-04069-EMC     **Case Name:** Rodenbaugh v. Lahoti

**Attorney for Plaintiff:** Mike Rodenbaugh
**Attorneys for Defendant:** Michael Cilento, Brett Lewis, Michael Hsueh

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Ruth Ekhaus

### PROCEEDINGS HELD BY ZOOM WEBINAR

[11] Motion for Temporary Restraining Order held.

### SUMMARY

Parties stated appearances and proffered argument.  Court granted Mr. Cilento and Mr. Lewis to appear Pro Hac Vice for this appearance but must file applications with certificates of good standing to the Court.

Plaintiff's motion for a TRO denied.

Plaintiff has not shown a likelihood of success on the merits on the federal claims (15 U.S.C. § 8131(1)(A) and § 1125(a)(1)(A)).  Both claims require the intent to profit from the domain name or mark; that is questionable based on the evidence of record.

Although Plaintiff has established serious questions going to the merits on the claim for violation of California Business & Professions Code § 17525(a), Plaintiff must also show that the balance of hardships tips sharply in his favor in order to obtain a TRO.  Plaintiff has shown some hardship if a TRO were not issued, but he has not shown enough to establish that the balance of hardships tips sharply in his favor.

The Court notes that, in so ruling, it is not prejudging any motion for preliminary injunction which, presumably, would be based on a different and/or fuller record.

The Court also notes that, although it is denying Plaintiff's motion for a TRO, it does have concern that there may be a moving target here.  For example, Plaintiff has provided evidence

that a Google search for "mike rodenbaugh" showed as the first "hit" the website mikerodenbaugh.com (albeit with enough content shown to suggest that the website is not affiliated with Plaintiff).  *See* Pl.'s Ex. H.  However, during the hearing, when the Court conducted the same Google search, the website did not appear as a hit.

Finally, the Court notes that, because Defendants are represented by counsel now, there should be no need for any Defendant to communicate personally with Plaintiff.  Communications with Plaintiff should be made through defense counsel.