Michael L. Rodenbaugh
California Bar No. 179059
Marie E. Richmond
California Bar No. 292962
RODENBAUGH LAW
25435 Hutchinson Road
Los Gatos, CA 95033

Attorneys for Mike Rodenbaugh

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODENBAUGH,<br><br>            Plaintiff,<br><br>      vs.<br><br>DAVID LAHOTI, aka Davendra Kumar Lahoti; RAVI LAHOTI, aka Ravindra Kumar Lahoti; and VIRTUAL POINT, INC.,<br><br>            Defendants. | Case No. 20-cv-4069 EMC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to FRCP 41(a)(1)(A)(i), Plaintiff Mike Rodenbaugh hereby voluntarily dismisses this action without prejudice.

DATED: July 21, 2020                    By: /s/ *Mike Rodenbaugh*

                                        Mike Rodenbaugh
                                        RODENBAUGH LAW
                                        25435 Hutchinson Road
                                        Los Gatos, CA 95033
                                        Tel/fax:  (415) 738-8087

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

By: /s/ Marie Richmond
Marie Richmond
RODENBAUGH LAW
25435 Hutchinson Road
Los Gatos, CA  95033
Tel/fax:  (415) 738-8087

Attorneys for Mike Rodenbaugh

PLAINTIFF'S NOTICE
OF VOLUNTARY DISMISSAL

Case No. 20-cv-4069 EMC